# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI, | No. 2:23-CV-0148-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SEABROOKS, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Service of process directed to Defendant has been returned unexecuted. See ECF No. 19. Plaintiff must provide additional information to serve this Defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to Plaintiff. If access to the required information is denied or unreasonably delayed, Plaintiff may seek judicial intervention.

This action cannot proceed against the sole named defendant until service can be accomplished, and it is Plaintiff's obligation to provide information necessary to complete that process. Plaintiff is cautioned that failure to provide the Court within 90 days of the date of this order with information necessary to effect service of process may result in the dismissal of this action. See Fed. R. Civ. P. 4(m).

1

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff shall promptly seek
2 | additional information sufficient to effect service on any unserved defendants and notify the
3 | Court of such information within 90 days of the date of this order.

5 | Dated:  January 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE