IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>         Plaintiff,<br><br>    v.<br><br>SEABROOKS,<br><br>         Defendant. | No. 2:23-CV-0148-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       Service of process directed to Defendant has been returned unexecuted. See ECF No. 19. On January 23, 2024, the Court directed Plaintiff to seek additional information for service of process on Defendant and to provide the Court with such information within 90 days. See ECF No. 22. To date, Plaintiff has not provided information necessary for service of process on Defendant Seabrooks.

       This action cannot proceed against the sole named defendant until service can be accomplished, and it is Plaintiff's obligation to provide information necessary to complete that process. The time provided under the Federal Rules of Civil Procedure to serve process has now expired. See Fed. R. Civ. P. 4(m). Plaintiff shall be directed to show cause why this action should not be dismissed for failure to effect timely service of process and for lack of prosecution.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause within 30 days of the date of this order why this action should not be dismissed for failure to effect timely service of process and for lack of prosecution.

Dated:  May 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE