IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI<br><br>                    Plaintiff,<br><br>     v.<br><br>SEABROOKS,<br><br>                    Defendant. | No. 2:23-CV-0148-DMC-P<br><br><u>ORDER APPOINTING</u><br><u>LIMITED PURPOSE COUNSEL</u> |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for Plaintiff is warranted for the limited purpose of effectuating service of process on Defendant Seabrooks.  Joshua Kaizuka, Esq., has been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Joshua Kaizuka is appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of effectuating service of process on Defendant Seabrooks. Service of the complaint is due 60 days from the date of this order.

2. Joshua Kaizuka's appointment will terminate when Plaintiff's complaint has been served on Defendant Seabrooks or a notice is filed informing the Court defendant could not be located and served.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Joshua Kaizuka, Esq., Law Office of Joshua Kaizuka, 2530 J St., Suite 320, Sacramento, CA 95816.

Dated: September 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE