1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   SHU CHINSAMI                              No. 2:23-CV-0148-WBS-DMC-P
11              Plaintiff,
12        v.                                   ORDER
13   SEABROOKS,
14              Defendant.
15

16

17       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42
18   U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern
19   District of California local rules.
20          On June 27, 2025, the Magistrate Judge filed findings and recommendations herein
21   which were served on the parties, and which contained notice that the parties may file objections
22   within the time specified therein.  No objections to the findings and recommendations have been
23   filed.
24          The Court has reviewed the file and finds the findings and recommendations to be
25   supported by the record and the Magistrate Judge's analysis.
26   / / /
27   / / /
28   / / /

                                                 1

1        Accordingly, IT IS HEREBY ORDERED as follows:

2            1.    The findings and recommendations filed June 27, 2025, ECF No. 33, are adopted in full.

    2.    Defendant's request for judicial notice, ECF No. 32-1, is granted.

    3.    Defendant's motion to revoke Plaintiff's in forma pauperis status, ECF No. 32, is granted.

    4.    Plaintiff's in forma pauperis status is revoked.

    5.    This action is dismissed with prejudice as frivolous.

    6.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: August 15, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2